APRIL 19, 1961

No. 65493.—SUIT 5028.—E. Dillingham, Inc. *v.* United States.— —C.D. 2130 affirmed November 17, 1960. C.A.D. 762.

No. 65494.—SUIT 5030.—Salentine and Company, Inc. *v.* United States.— —C.D. 2129 affirmed November 17, 1960. C.A.D. 762.